No. 150. SHIELDS *v.* ATLANTIC COAST LINE RAILROAD CO. C. A. 5th Cir. Certiorari granted. The Court calls this case to the attention of the Interstate Commerce Commission and expresses its readiness to accept any brief it might wish to submit. *M. R. Nachman, Jr.* for peti-

tioner. *Norman C. Shepard* for respondent.